# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **SAMSON JACKSON,** | : | **Case No. 1:22-cv-232** |
| **Plaintiff,** | : | **Judge Douglas R. Cole** |
| -vs- | : | |
| **DAVID DOZIER, et al.,** | : | **STIPULATION OF DISMISSAL** |
| **Defendants.** | : | |

The parties by and through counsel, hereby stipulate to the dismissal of all claims with prejudice pursuant to Fed.Civ.R.41(a)(1)(A)(ii). Costs to Defendants.

/s/ *Matthew J. Hammer*
Matthew J. Hammer (0092483)
Christopher J. Snyder (0040375)
McKenzie & Snyder LLP
*Attorneys of Plaintiffs*
229 Dayton St.
Hamilton, OH 45011
(513) 737-5180
(513) 737-5179 (Fax)

/s/ *Katherine C. Baron*
Katherine C. Baron (0092447)
Shuva J. Paul (0088484)
Assistant City Solicitors
801 Plum Street, Room 214
Cincinnati, Ohio 45202
(513) 352-4705
(513) 352-1515 (Fax)
Katherine.baron@cincinnati-oh.gov
Shuva.paul@cincinnati-oh.gov
*Trial Counsel for the City Defendant*
/s/ *Kimberly A. Rutowski*
Kimberly A. Rutowski (0076653)
Lazarus & Lewis
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202
(513) 721-7300
Fax: (513) 721-7008
krutowski@hllmlaw.com
*Special Counsel for Defendant Dozier*

{00367914-1}